Nathan N. Kased, Esq. (SBN 251400)
nathan@kasedlegal.com
Janine R. Menhennet, Esq. (SBN 163501)
janine@kasedlegal.com
KASED LAW GROUP, APC
2535 Kettner Boulevard, Suite 2A2
San Diego, CA 92101
Telephone:  (619) 333-6373
Facsimile:   (619) 399-3040

Attorneys for Plaintiff,
CHRISTOPHER HAMMATT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAMMATT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation doing business in California as ARIZONA KNIGHT TRANSPORTATION, INC.; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  5:22−cv−00447 FMO (SHKx)<br><br>Hon. Fernando M. Olguin<br>Courtroom 6D<br><br>**ORDER GRANTING STIPULATION RE REMAND**<br><br><br><br>Complaint Filed: December 17, 2021<br>Removal Date: March 10, 2022 |

The Parties to this matter submitted a stipulation dismissing the following causes of action in this matter pursuant to Federal Rule of Civil Procedure 41(c):

The Ninth Cause of Action

1 | The Tenth Cause of Action
2 | The Eleventh Cause of Action
3 | The Twelfth Cause of Action
4 | The Thirteenth Cause of Action
5 | The Fourteenth Cause of Action

The Parties have therefore agreed that this matter is suitable for remand to Superior Court of California, County of San Bernardino, case number CIV SB 2134423, as the amount in controversy now does not meet the threshold for federal jurisdiction under 28 U.S.C. section 1332.

Pursuant to this stipulation, the Court hereby GRANTS the Parties' stipulation and remands this matter to Superior Court.

IT IS SO ORDERED.

Dated: September 26, 2022            /s/
                                     FERNANDO M. OLGUIN
                                     UNITED STATES DISTRICT JUDGE